HERBERT RICHARDS, Respondent, *v.* LAWRENCE ROBERT CORPORATION, Appellant.

Argued October 1, 1947; decided October 9, 1947.

*Joseph F. Murray, Lyman A. Spalding* and *James A. Doherty* for appellant.

*M. Elliott Gordon* and *Louis Feuerman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.